ACCEPTED
04-15-00519-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/21/2015 2:59:43 PM
KEITH HOTTLE
CLERK

04-15-00519-CV

CAUSE NO. 13-04-00108-CVL

| | | |
|---|---|---|
| GRACE RIVER RANCH, L.L.C., | § § § | IN THE DISTRICT COURT |
| v. | § § | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS |
| EL CABALLERO RANCH, INC. et al., | § § § | 08/21/2015 2:59:43 PM 218TH JUDICIAL DISTRICT KEITH E. HOTTLE |
| v. | § § § | Clerk |
| COUNTY OF LA SALLE | § | LA SALLE COUNTY, TEXAS |

## NOTICE OF INTERLOCUTORY APPEAL

Defendants El Caballero Ranch, Inc. and Laredo Marine, L.L.C. file this Notice of Appeal of this Court's July 27, 2015 "Order – Plea to the Jurisdiction," a copy of which is attached to this Order as Exhibit A. In that Order, this Court sustained the Plea to the Jurisdiction filed by Third Party Defendant County of La Salle.

This appeal is taken under Section 51.014 of the Civil Practice and Remedies Code and is taken to the Fourth District Court of Appeals, San Antonio, Texas.

Respectfully submitted,

SCHMOYER REINHARD LLP
17806 IH 10 West, Suite 400
San Antonio, Texas 78257
Telephone:    210/447-8033
Facsimile:    210/447-8036

Annalyn G. Smith
State Bar No. 18532500
asmith@sr-llp.com
Justin Barbour
State Bar No. 24055142
jbarbour@sr-llp.com

Kimberly S. Keller
State Bar No: 24014182
KELLER STOLARCZYK PLLC
234 West Bandera Road, No. 120
Boerne, Texas 78006
Telephone: 830/981-5000
Facsimile: 888/293-8580

ATTORNEYS FOR DEFENDANT
EL CABALLERO RANCH, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2015, a true and correct copy of the above and foregoing document was served by *certified mail, return receipt requested*, on:

*Counsel for Plaintiff Grace River Ranch, L.L.C.*
Mr. Steven C. Haley
Moorman, Tate, Urquhart, Haley, Upchurch & Yates, L.L.P.
207 East Main Street
P. O. Box 1808
Brenham, Texas 77834-1808

*Counsel for Third-Party Defendant County of La Salle*
Mr. Donato D. Ramos
Mr. Donato D Ramos, Jr.
Law Offices of Donato D. Ramos
Texas Community Bank Building
6721 McPherson
P.O. Box 452009
Laredo, Texas 78045

Annalyn G. Smith



**EXHIBIT A**

CAUSE NO. 13-04-00108-CVL

| | | |
|---|---|---|
| GRACE RIVER RANCH, LLC | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | |
| EL CABALLERO RANCH, INC. A/K/A | § | |
| EL CABALLERO, LLC AND LAREDO | § | 218th JUDICIAL DISTRICT |
| MARINE, L.L.C. | § | |
| | § | |
| v. | § | |
| | § | |
| COUNTY OF LA SALLE | § | LASALLE COUNTY, TEXAS |

## ORDER – PLEA TO THE JURISDICTION

On April 1, 2015, came on for hearing the Plea to the Jurisdiction filed herein by Third Party Defendant COUNTY OF LA SALLE ("La Salle County"). Plaintiff GRACE RIVER RANCH, LLC, Defendants/Third Party Plaintiffs EL CABALLERO RANCH, INC. a/k/a EL CABALLERO, LLC and LAREDO MARINE, LLC, (collectively "El Caballero"), and Third Party Defendant La Salle County each appeared by and through counsel.

The Court having considered the pleadings, arguments and evidence presented, SUSTAINS the Plea to the Jurisdiction. All claims for relief of El Caballero against La Salle County are dismissed.

Rendered and Signed July 27, 2015.

_Russell Wilson_
Judge Presiding